

FILED
Scott L. Poff, Clerk
United States District Court

By James Burrell at 3:06 pm, Feb 06, 2018

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

LORENZO EADY, Jr.,       )
                          )
      Plaintiff,        )
                          )
v.                       )       CV418-004
                          )
STATE OF GEORGIA, CHATHAM  )
COUNTY SHERIFF DEPARTMENT,  )
                          )
      Defendants.     )

## REPORT AND RECOMMENDATION

This case should be dismissed without prejudice because plaintiff Lorenzo Eady, Jr., has failed to comply with the January 29, 2018, deadline for paying his filing fee or filing a motion to proceed *in forma pauperis*. Doc. 2 (warning of dismissal if he fails to comply). Instead, he filed a "notice of claim" setting forth various aliases and requesting a writ of mandamus be issued, among other things. Doc. 3. None of which served to comply with this Court's order or otherwise explain his refusal to comply. This case should thus be dismissed for lack of prosecution. *See* S.D. Ga. L. R. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-

31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).

This report and recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648

F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this __6th__ day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA