IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
LORENZO EADY, JR.,                )
                                  )
     Plaintiff,                   )
                                  )
v.                                )   CASE NO. CV418-004
                                  )
STATE OF GEORGIA, and             )
CHATHAM COUNTY SHERIFF            )
DEPARTMENT,                       )
                                  )
     Defendants.                  )
                                  )
```

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of February 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA