AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Lorenzo Eady, Jr.

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV418-4

State of Georgia, Chatham County Sheriff Department

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated February 28, 2018, the Report and Recommendation of the Magistrate Judge is adopted. Plaintiff's complaint is hereby DISMISSED WITHOUT PREJUDICE. This action stands closed.

| March 1, 2018 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |

GAS Rev 10/1/03